George H. WEAKS

v.

KENTUCKY BAR ASSOCIATION.

Court of Appeals of Kentucky.

Nov. 8, 1974.

In Court of Appeals.

Steven L. West, Hubbard, Null & West, Mayfield, for petitioner.

Leslie G. Whitmer, Director, Kentucky Bar Association, Frankfort, for respondent.

Memorandum Opinion Denying Reinstatement.*

BRADLEY, Chairman etc. et al.

v.

SCHENLEY DISTILLERS, INC.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Herbert D. Sledd, Brown, Sledd & McCann, Lexington, William A. Young, Franklin Co. Atty., Frankfort, for appellants.

John Hopkins, Hazelrigg & Cox, William P. Curlin, Jr., Hazelrigg & Cox, Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.